

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Gerald L. Marshall, Jr., Appellant

No. 06-13-00127-CV     v.

Green Tree Servicing, LLC, successor by merger to Walter Mortgage Company, LLC, Appellee

Appeal from the County Court of Henderson County, Texas (Tr. Ct. No. 7231). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Gerald L. Marshall, Jr., pay all costs of this appeal.

RENDERED JANUARY 15, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk